THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN WOOLEN PRODUCTS COMPANY, INC., Respondent, *v.* STATE TAX COMMISSION, Appellant.

*Appeal — tax — certiorari — order of Appellate Division annulling franchise tax assessment and remitting proceeding to Tax Commission not final order and not appealable to Court of Appeals as of right.*

*People ex rel. Am. W. P. Co., Inc.,* v. *State Tax Comm.,* 213 App. Div. 493, appeal dismissed.

(Argued November 15, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 25, 1925, which annulled, on certiorari, a determination of the State Tax Commission assessing a franchise tax against the relator and remitted the proceeding to the Commission.

*Albert Ottinger, Attorney-General (Wendell P. Brown and C. T. Dawes of counsel),* for appellant.

*Irving Smith, Jr.,* for respondent.

Appeal dismissed, with costs, on ground order is not a final one; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.